[Nos. 22654–1–I; 22721–1–I.  Division One.  January 8, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LORIANNE MARIE CHILDS, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. JODI KAY FORRY, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 88–8–00273–0, Patricia H. Aitken, J., entered July 21, 1988. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Pekelis, J.

[No. 22274–1–I.  Division One.  January 8, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN CURTIS COLLINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–03500–6, Peter K. Steere, J., entered May 10, 1988. *Reversed* by unpublished opinion per Grosse, A.C.J., concurred in by Webster and Forrest, JJ.

[No. 21390–3–I.  Division One.  January 8, 1990.]

*In the Matter of the Marriage of* GAYLE A. SUDDARTH, *Respondent, and* STEVEN D. SUDDARTH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–3–05975–3, Edward Heavey, J., entered October 29, 1987. *Remanded* by unpublished opinion per Ringold, J. Pro Tem., concurred in by Grosse, A.C.J., and Pekelis, J.